# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2008

Clifford W. Taylor,
Chief Justice

135876

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In Re EVAN LAKIES, Minor.

_____/

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

LAURA LAKIES,
        Respondent-Appellant.

SC: 135876
COA: 279749
Grand Traverse CC
Family Division: 07-001994-NA

_____/

On order of the Court, the application for leave to appeal the January 29, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2008

Clerk

d0304